## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 551 EAL 2014 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 1663 |
| | : | EDA 2013 entered on September 29, |
| | : | 2014, **affirming** the Judgment of |
| MONROE YOUNG, | : | Sentence of the Philadelphia County |
| | : | Court of Common Pleas at No. CP-51- |
| Petitioner | : | CR-0009297-2010 entered on January |
| | : | 3, 2013 |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 6th day of September, 2016, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether the mandatory sentence imposed by the trial court was illegal pursuant to *Alleyne*?

The judgment of sentence is **VACATED**, and the matter is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Wolfe*, 140 A.3d 651 (Pa. 2016).